**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-02042-JCM-PAL |
| vs. | ) | **ORDER** |
| $142,256.00 IN U.S. CURRENCY AND/OR CASINO CHIPS, | ) | (Mtn to Withdraw - Dkt. #26) |
| Defendant. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #26). Scott M. Holper seek to withdraw as counsel of record for Claimant Look Kim Lok. The Motion represents that Mr. Lok has provided Mr. Holper with conflicting information about his case and has failed to be truthful with counsel. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The government filed its Complaint in Forfeiture (Dkt. #1) on November 29, 2013. The undersigned entered a Report of Findings and Recommendation (Dkt. #18) on June 19, 2013, recommending that Lok's Answer (Dkt. #10) be stricken. An Objection was filed which is now fully briefed and under submission to the district judge. Discovery in this case closes on October 29, 2013.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #26) is GRANTED.
2. Lok shall have until **October 25, 2013,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will proceed pro se.

3. Failure to comply with this order may result in for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Mr. Lok at:

Loon Kim Lok
3809 Benedix Way
Elk Grove, CA 95758

Dated this 24th day of September, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2