# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:12-cv-02042-JCM-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| $142,256.00 IN UNITED STATES CURRENCY AND/R CASINO CHIPS, et al., | ) ) ) | |
| Defendant(s). | ) | |
| _____ | ) | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). A stipulation to extend the Discovery Plan and Scheduling Order deadlines was filed July 30, 2013 (Dkt # 24) which the court approved (Dkt #25). The order, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 30, 2013, and advised that the date for filing the joint pretrial order would be suspended thirty days after the decision of any pending dispositive motions. The district judge entered an Order (Dkt. #32) adopting the Report and Recommendation of the undersigned striking the answer of claimant Loon Kim Lok. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., April 8, 2014**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

3. Failure to timely comply with this order will result in sanctions up to and including a

recommendation to the district judge of case dispositive sanctions for failure to comply with the court's discovery plan and scheduling order and this order.

Dated this 27th day of March, 2014.

_____
Peggy A. Leen
United States Magistrate Judge