DANIEL G. BOGDEN
United States Attorney
District of Nevada

MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: michael.humphreys@usdoj.gov

*Attorneys for the United States of America.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No: 2:12-CV-2042-JCM-(PAL) |
| v. | ) |
| $142,256.00 IN UNITED STATES CURENCY, | ) |
| Defendant. | ) |

**UNITED STATES' SECOND UNOPPOSED
MOTION TO CONTINUE DATE TO FILE PRE-TRIAL ORDER**

The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a forty-five-day extension (or until July 23, 2014) for the parties to prepare and file their joint pre-trial order. The Joint Pre-trial is currently due on June 8, 2014.

On April 9, 2014, this Court granted an order continuing the date for the parties to submit their pre-trial order until June 8, 2014.

For its grounds, the United States represents that the remaining parties in this matter are actively engaged in settlement discussions that may result in an amicable resolution.  Since this Court stuck the claim of Loon Kim Lok on February 11, 2014, the remaining parties, the United States of America and Aria Resort are in a much better position to resolve their respective interests in this lawsuit.  The parties and their respective counsel need and request and additional 45 days to meet and confer in an effort to settle this dispute.

I have discussed this matter with claimant's counsel, Richard Schonfeld, and he has given Government counsel consent to inform this Court that he does no object to this continuance.

WHEREFORE, the United States moves this Court to grant its motion to extend the time for the United States to file its reply brief in this matter for an additional forty-five (45) days; or until July 23, 2014.

DATED this 6th day of June 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/Michael A. Humphreys*
MICHAEL A. HUMPHREYS
Assistant United States Attorney


IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: June 9, 2014

2