DANIEL G. BOGDEN
United States Attorney
District of Nevada

MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: michael.humphreys@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) Case No: 2:12-CV-2042-JCM-(PAL) |
| v. | ) |
| $142,256.00 IN UNITED STATES CURENCY, | ) |
| Defendant. | ) |

**UNITED STATES' THIRD UNOPPOSED**
**MOTION TO CONTINUE DATE TO FILE PRE-TRIAL ORDER**

The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a forty-five-day extension (or until September 8, 2014) for the parties to prepare and file their joint pre-trial order. The Joint Pre-trial Statement is currently due on July 23, 2014.

. . .

1

This Court previously granted an order continuing the date for the parties to submit their pre-trial order until June 23, 2014.

For their grounds, the remaining parties in this matter, the United States and Aria Resort, continue to negotiate toward reaching an out-of-court settlement and have reached an agreement in principle on the basic terms of that settlement. The parties are now discussing the best way to implement that settlement and through their respective counsel stipulate that they need, and request, an additional 45 days to finalize that settlement.

I have discussed this matter with claimant's counsel, Richard Schonfeld, and he has given Government counsel consent to inform this Court that he does no object to this continuance.

WHEREFORE, the parties jointly request that this Court grant their motion to extend the time, by an additional forty-five (45) days; (or until September 8, 2014) for the parties to file a joint pre-trial statement in this matter.

DATED this 23th day of July 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/Michael A. Humphreys*
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: July 23, 2014

2